# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### WAYCROSS DIVISION

ANTONE VICTORIA,                          :
                                          :
         Plaintiff,                  :
                                          :
    v.                                    :     CIVIL ACTION NO.: CV513-068
                                          :
Correctional Officer BOHANON, and         :
CORRECTION CORPS OF AMERICA,              :
                                          :
         Defendants.                 :

## O R D E R

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed.  Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's complaint is **DISMISSED** for failure to state a claim upon which relief can be granted.   The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment.

**SO ORDERED**, this ___ day of _____, 2013.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA